ACCEPTED
01-15-00279-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 3:25:53 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00279-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/14/2015 3:25:53 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

**No. 1344346**
In the 338th District Court
Of Harris County, Texas

———————◆———————

**Joseph Juan Facundo**
*Appellant*

v.

**The State of Texas**
*Appellee*

———————◆———————

**State's First Motion for Extension
Of Time to File Brief**

———————◆———————

To the Honorable Court of Appeals:

The State of Texas, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was indicted for capital murder. (CR 7). The appellant pleaded not guilty, but a jury found him guilty as charged. (CR 101).

Because the State did not seek the death penalty, the trial court sentenced the appellant to confinement for life, without the possibility of parole. (CR 101). The trial court certified the appellant's right of appeal, and the appellant filed a timely notice of appeal. (CR 100, 104).

2. The State's brief is due on October 14, 2015. The State requests a 30-day extension of time in which to file its brief.

3. This is the State's first request for extension.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. This case was assigned to the undersigned attorney on September 15, 2015. Since then, the undersigned attorney has worked on the following cases:

      1. *Ex parte* Hugo Steve Ramirez
         No. 14-15-00323-CR
         Brief due October 21 (two extensions already granted).

      2. Judist Lamond Broussard
         No. 01-15-00074-CR
         Brief due October 28 (no further extensions will be granted)

      3. *Ex parte* Larry Flores
         Nos. 14-15-00619-CR & 14-15-00620-CR
         Brief filed September 28, 2015

      4. Brent Alan Dalton
         No. 01-14-00837-CR
         Brief filed September 30, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,


/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

## Certificate of Service

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

Patrick McCann
writlawyer@justice.com

Dawn Zell Wright
zellwright@zwlaw.us

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

**Date: October 14, 2015**